IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 1:24-CR-00009 (WLS-ALS-3) |
| | : | |
| YLIJIRA ANOINISE JACKSON., | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

Before the Court is Defendant Ylijira Anoinise Jackson's ("Defendant Y. Jackson") Motion to Continue (Doc. 116) ("the Motion"). Therein Defendant Y. Jackson moves to continue the trial and pretrial conference in the case. Counsel states that such a continuance is warranted because he has a conflict with the pretrial conference.[1] Based on the stated reasons, the Court does not find a continuance of the trial in the case to be warranted. However, given the conflict, the Court finds it appropriate to continue the pretrial conference in the case as to Defendant Y. Jackson. Accordingly, the Motion (Doc. 116) is **GRANTED**, in part**,** and **DENIED**, in part. The pretrial conference presently set for Wednesday, March 5, 2025, at 3:00 P.M. is **CONTINUED** as to Defendant Y. Jackson. The Court will set a new conference by separate notice or order. However, the pretrial conference will proceed as to the other Defendants.

**SO ORDERED**, this 4th day of March 2025.

                                                 **/s/ W. Louis Sands**
                                                 **W. LOUIS SANDS, SR. JUDGE**
                                                 **UNITED STATES DISTRICT COURT**

---

[1] The Court notes that Counsel submitted a conflict letter by email to the Court. In this federal Court, such notification of conflicts with noticed hearings must be done by motion alone.