IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 1:24-CR-00009 (WLS-ALS) |
| | : | |
| JORDAN C. ALPHONSUS, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**

Before the Court is the Government's Motion to Postpone and Consolidate (Doc. 172), filed on August 15, 2025. Therein, the Government moves to postpone and consolidate the sentencings and restitution and forfeiture proceedings as to Defendants Ylijira Jackson and Sardaria Copelin.[1] The Government contends that postponement and consolidation of these proceedings is necessary because the issue of the amount of loss properly attributable to each defendant will require significant evidence and complex computation. (Doc. 172 at 1). These issues are likely to arise for the three remaining co-defendants that are currently scheduled for trial on September 8, 2025, if convicted. (*Id.*) The Government requests postponement of Defendant Ylijira Jackson's sentencing currently set for August 27, 2025, and that the Court hold a joint hearing on the issues of loss amount, restitution, and forfeiture. (*Id.* at 2). Counsel for Defendant Jackson notified the Court that Defendant does not object to the Government's requests.

For good cause, the Government's Motion to Postpone and Consolidate (Doc. 172) is **GRANTED**. Defendant Ylijira Jackson's sentencing currently set for August 27, 2025, is **CANCELED**. The Court will reschedule Defendant Jackson's sentencing by separate Order or notice. As Defendants Jackson and Copelin remain on bond, the Court finds that no prejudice will result from the postponement of sentencing. In fact, they are likely to benefit from the hearing in that they will avoid further hearings and/or continuances.

---

[1] The Court notes that Defendant Copelin's sentencing was previously continued on July 15, 2025, at Defense Counsel's request. (*See* Doc. 157).

1

Further, the Court finds that a joint hearing is appropriate and necessary as the issues identified in the Government's motion are germane to Defendants Copelin and Jackson, as well as the remaining co-defendants, in the event they are convicted at trial. Accordingly, all Parties are **NOTICED** that the Court will hold a hearing on a date to be determined and noticed by separate Order. At the hearing, the Court will receive evidence and hear argument on the issues of loss amount—as that term is defined by the Sentencing Guidelines—restitution, and forfeiture, including each defendant's role, if any, in causing any amount of loss and the impact of their involvement on the applicable guidelines range.[2]

**SO ORDERED**, this 20th day of August 2025.

                                                 **/s/ W. Louis Sands**
                                                 **W. LOUIS SANDS, SR. JUDGE**
                                                 **UNITED STATES DISTRICT COURT**

---

[2] The instant Order should not be construed as the Court assuming or implying the guilt of Defendants Jordan Alphonsus, Joey Jackson, and Lance Riddle. The instructions contained herein apply to these defendants only in the event that they are convicted at trial.